636

**Henry Louis HUNDERTMARK, Appellant, v. John E. SLOAN, United States Marshal.**

No. 8865.

Circuit Court of Appeals, Third Circuit.

Argued April 6, 1945.

Decided June 1, 1945.

Victor F. Schmidt, of Rossmoyne, Ohio, for appellant.

George Mashank, Asst. U. S. Atty., of Pittsburgh, Pa. (Charles F. Uhl, U. S. Atty., of Pittsburgh, Pa., on the brief), for appellee.

Before ALBERT LEE STEPHENS, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.

**In the Matter of the Reorganization of PITTSBURGH RAILWAYS COMPANY, Debtor, and Pittsburgh Motor Coach Company, Subsidiary.**

**Jules GUGGENHEIM et al., Appellants, v. W. D. GEORGE, as Trustee.**

No. 8835.

Circuit Court of Appeals, Third Circuit.

Argued May 15, 1945.

Decided June 1, 1945.

Maurice J. Dix, of New York City (Charles B. Prichard, of Pittsburgh, Pa., and Joseph Nemerov, of New York City, on the brief) for appellants.

J. Henry O'Neill, of Pittsburgh, Pa. (J. Garfield Houston and Blaxter, O'Neill & Houston, all of Pittsburgh, Pa., on the brief), for Trustees of Pittsburgh Railways Co.

George Zolotar, of New York City, for Securities and Exchange Commission.

Before DOBIE, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The appeal in the above entitled matter is dismissed as moot without prejudice to the right of the appellant to pursue his remedy in the District Court for such relief as he may be entitled to receive.

**Ernest E. SCARBOROUGH, Appellant, v. PENNSYLVANIA RAILROAD CO.**

No. 8793.

Circuit Court of Appeals, Third Circuit.

Argued May 17, 1945.

Decided May 24, 1945.

B. Nathaniel Richter, of Philadelphia, Pa. (I. Louis Rubin, of Philadelphia, Pa., on the brief) for appellant.

Philip Price, of Philadelphia, Pa. (Scott Seddon and Barnes, Dechert, Price and Smith, all of Philadelphia, Pa., on the brief), for appellee.

Before DOBIE, GOODRICH, and McLAUGHLIN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is affirmed.